United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Judith M Thoman  
    Debtor

Case No. 21-00116-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Mar 12, 2021      Form ID: pdf010      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith M Thoman, 731 Hilltop Road, Harrisburg, PA 17112-9636 |
| 5386107 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 5386104 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 5386108 | + | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044-0227 |
| 5386110 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 19:50:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5386105 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 12 2021 19:30:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5393391 | | Email/Text: jennifer.chacon@spservicing.com | Mar 12 2021 19:31:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5386106 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 12 2021 19:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5386109 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 19:31:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5386102 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 19:46:49 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5394834 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 19:54:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5386103 | + | Email/Text: jennifer.chacon@spservicing.com | Mar 12 2021 19:31:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5386484 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 12 2021 19:53:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Judith M Thoman jmh@johnhyamslaw.com acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Judith M Thoma | |
|---|---|
| | Chapter: 13 |
| Debtor 1 | Case No.: 1:21-bk-00116-HWV |

### ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: March 12, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)